**J. GERRY CURTIS v. ELIZABETH P. CURTIS**

26 So. (2nd) 902                                    June Term, 1946
June 21, 1946                                    Special Division B
Rehearing denied July 15, 1946

*Robert C. Lane* and *Edward F. Boardman,* for appellant.

*Frank Clark, Jr,* for appellee.

PER CURIAM:

Decree of partition affirmed.

Petition praying the fixing of attorney's fees is granted and the sum of $200.00 additional fee is allowed appellee's attorney for services rendered incident to this appeal to be paid from the proceeds of the sale of the property as other costs are to be paid.

CHAPMAN, C. J., BROWN, BUFORD and ADAMS, JJ., concurring.